UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : Crim. No. 3:19-CR-111
:
v. : (Judge        )
:
NICHOLAS STANLEY : FILED VIA ECF

PRAECIPE FOR SUMMONS

TO: PETER J. WELSH, CLERK

Please issue a summons against the above-named individual in accordance with the provisions of Rule 9(a) of the Federal Rules of Criminal Procedure. Counsel for the defendant has agreed to accept service of this summons on behalf of the defendant through the United States mail at the following address: Derek A. Jordan, Esquire, Barnes Law, 601 South Figueroa Street, Suite 4050, Los Angeles, CA 90017.

Respectfully submitted,

DAVID J. FREED
United States Attorney

By s/Alisan VanFleet
ALISAN VANFLEET
Assistant United States Attorney
PA ID 316757
United States Attorney's Office
240 West Third Street, Suite 316
Williamsport, PA 17701-6465
Tele: (570) 326-1935
FAX: (570) 326-7916
Electronic Mail:
Alisan.VanFleet@usdoj.gov

Dated: April 2, 2019