UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# NOTICE

UNITED STATES OF AMERICA

    VS

NICHOLAS STANLEY

CASE NO. 3:CR-19-111

TYPE OF CASE: CRIMINAL

TAKE NOTICE that a proceedings in this case has been **SCHEDULED** for the time and place listed below:

**PLACE:** UNITED STATES DISTRICT COURT
        WILLIAM J. NEALON FEDERAL BLDG. &
        UNITED STATES COURTHOUSE
        235 N. WASHINGTON AVE.
        SCRANTON, PA   18501

**COURTROOM:** 3

**DATE AND TIME:**
Wednesday, April 17, 2019
at 11:00 a.m.

**TYPE OF PROCEEDINGS:**

### INITIAL APPEARANCE AND ARRAIGNMENT

**DATE:** April 9, 2019

PETER J. WELSH, ACTING CLERK

s/ Barbe H. Sempa
BARBE H. SEMPA

**TO:** HON. MALACHY E. MANNION, US DISTRICT JUDGE
    ALISAN MARTIN, AUSA
    ROBERT E. BARNES, ESQ.
    DEREK A. JORDAN, ESQ.
    U.S. PROBATION
    U.S. MARSHAL
    CT. REPORTER