# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v | : | **3:CR-19-111** |
| **NICHOLAS STANLEY** | : | **(Judge Mannion)** |
| **Defendant** | : | |

## SCHEDULING ORDER

The parties shall have until Wednesday, **May 8, 2019** to file any pretrial motions and Motions in Limine in this case.

Jury Selection and Trial are scheduled for **Monday, June 17, 2019** at 9:30 a.m. in the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania in a Courtroom to be designated at a later time.

Malachy E. Mannion
United States District Judge

Dated: April 17, 2019

O:\Mannion\shared\ORDERS - DJ\CRIMINAL ORDERS\2019 CRIMINAL ORDERS\19-111-01.wpd