# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v** | : | **3:CR-19-111** |
| **NICHOLAS STANLEY** | : | **(Judge Mannion)** |
| **Defendant** | : | |

## O R D E R

Presently before the court is the defendant's concurred-in motion for an extension of time to file pretrial motions and continue trial. (Doc. 14). The motion is **GRANTED.**

The parties shall have until **July 12, 2019** to file any pretrial motions and Motions in Limine in this case.

Jury Selection and Trial are continued until **Monday, August 26, 2019** at 9:30 a.m. in the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania in a Courtroom to be designated at a later time.

The court finds that this continuance of time outweighs the best interests of the public and the defendants in a speedy trial, and that the appropriate time

shall be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(6) and (7)(A).

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: June 4, 2019

19-111-03