IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (SCRANTON)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3-CR-19-111 |
| | : | **(Judge Mannion)** |
| vs. | : | **(Electronically Filed)** |
| NICHOLAS STANLEY, | : | |
| Defendant. | : | |

### ORDER

Upon motion of Defendant and no objection by the Government, and good cause appearing,

IT IS ORDERED granting Defendant's Motion to Continue Trial for the reasons stated in Defendant's motion, including that defense counsel needs additional time to receive discovery and prepare for trial.

The Court specifically finds the ends of justice are served by granting the continuance outweigh the interest of the public and Defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS FURTHER ORDERED continuing the trial from September 23, 2019 to December 2, 2019 and continuing the pretrial motion deadline until Noember 1, 2019.

IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. § 3161(h)(7)(A) and (B) will commence from September 23, 2019 to December 2, 2019

IT IS FURTHER ORDERED that the parties shall keep the Court apprised of the possibility of settlement and should settlement be reached, the parties shall notify the

Court.

Dated this 12th day of August, 2019

_____
United States District Judge