# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v** | : | **3:CR-19-111** |
| **NICHOLAS STANLEY** | : | **(Judge Mannion)** |
| **Defendant** | : | |

## O R D E R

Presently before the court is the defendant's concurred-in motion for an extension of time to file pretrial motions and continue trial. (Doc. 22). According to the motion, counsel received a "first partial batch of discovery" on May 20, 2019. Thereafter continuances were requested on July 8, 2019; August 10, 2019; and again on December 26, 2019 allegedly because the government has failed to turn over "various promised discovery." In light of the foregoing the motion is **GRANTED,** however, on or before January 17, 2019, the government will turn over to the defense required discovery so as to not delay the above matter any longer. If unable to comply with their discovery obligations in that time frame, the government shall file a memorandum with the court explaining the delay.

The parties shall have until **February 7, 2020** to file any pretrial motions and Motions *in limine* in this case.

Jury Selection and Trial are continued until **Monday, March 9, 2020** at

9:30 a.m. in the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania in a Courtroom to be designated at a later time.

The court finds that this continuance of time outweighs the best interests of the public and the defendants in a speedy trial, and that the appropriate time shall be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(6) and (7)(A).

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: January 2, 2020
19-111-06